UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | NO. 3:03-cr-00117 |
| | ) | |
| SHARI A. CRAWFORD, ET AL | ) | JUDGE TRAUGER |

## MOTION TO WITHDRAW

The United States of America respectfully requests this Court to relieve undersigned counsel as counsel of record for the United States. Assistant United States Braden H. Boucek will remain lead counsel on this case.

Wherefore, the United States respectfully requests that this Court grant the above motion and relieve undersigned counsel.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY

*s/Brent A. Hannafan*
BRENT A. HANNAFAN
ASSISTANT UNITED STATES ATTORNEY
Suite A-961
110 9th Avenue, South
Nashville, TN 37203-3870
Phone: (615) 736-5151