UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 3:03cr117 |
| v. | ) | |
| | ) | Judge Trauger |
| SHARI A. CRAWFORD, ET AL. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that AUSA Boucek be allowed to withdraw as an attorney of record for the above named case. AUSA Koshy is the lead attorney on the above case.

Therefore, based on the foregoing, the government respectfully requests that AUSA Boucek be allowed to withdraw as attorney of record.

Respectfully submitted,

DAVID A. RIVERA
UNITED STATES ATTORNEY

*s/ Braden H. Boucek*
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151